**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOSEPH HEIM,** : | |
| : | |
| Plaintiff : | |
| : | CIVIL NO. 3:CV-11-0270 |
| v. : | |
| : | (Judge Caputo) |
| **SHIRLEY MOORE, SECRETARY of** : | |
| **PA DEPT. of CORRECTIONS,** *et al.*, : | |
| : | |
| **Defendants** : | |

**O R D E R**

**AND NOW**, this 19th day of **APRIL, 2012**, in accordance with the accompanying Memorandum, it is **ORDERED** that:

1. Mr. Heim's Motion for Preliminary Injunction (doc. 32) is **DENIED** as moot.

2. Mr. Heim's Motion for Preliminary Injunction (doc. 36) is **DENIED** as moot.

3. Mr. Heim's Motion for Preliminary Injunction (doc. 37) is **DENIED** as moot.

           /s/ A. Richard Caputo
           **A. RICHARD CAPUTO**
           **United States District Judge**